**STATE of Missouri, Respondent,**

v.

**Y.T. IRVING, Jr., Appellant.**

**No. ED 78198.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 13, 2001.

Application for Transfer Denied
Aug. 21, 2001.

Kent Denzel, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

## ORDER

PER CURIAM.

Defendant, Y.T. Irving, Jr., appeals from his conviction, after a jury trial, for attempted first degree statutory rape. He was sentenced to imprisonment for five years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).